UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

CHIRON WATKINS,

                Plaintiff,                              **ORDER**

    -against-                                      13-CV-5494 (RRM) (LB)

C.O. TOWNES, Shield #17121,

                Defendant.
----------------------------------------------------------X
ROSLYNN R. MAUSKOPF, United States District Judge.

        Plaintiff *pro se* Chiron Watkins, who is currently incarcerated at the Anna M. Kross Center ("AMKC"), commenced this action on October 10, 2013, alleging a violation of his Fourth Amendment rights. (*See* Doc. No. 1.) Although Watkins filed a motion for leave to proceed *in forma pauperis*, however, he did not file the requisite Prisoner Authorization form. (*See* Doc. No. 3.) On October 21, 2013, the Clerk of the Court mailed Watkins the required form and instructed him that he must return the completed and signed form within fourteen days in order to proceed.

        Despite ample time to do so, Watkins has failed to respond or return a completed and signed Prisoner Authorization form.[1] Because that form is required to proceed, this case is dismissed without prejudice.

        The Clerk of the Court is directed to close this case. The Clerk of the Court is further directed to mail a copy of this Order and the accompanying Judgment to plaintiff *pro se*, and to note the mailing on the docket.

---

[1] The Court notes that Watkins currently has several other *pro se* actions pending before this Court. *See Watkins v. City of the State of New York, Kings County, et al.*, No. 14-CV-1512 (RRM) (LB) (E.D.N.Y.); *Watkins v. Hynes, et al.*, No. 13-CV-5029 (RRM) (LB) (E.D.N.Y.). The address provided in each of those actions is the same address to which the Clerk of the Court mailed the Prisoner Authorization form in this case.

SO ORDERED.

*Roslynn R. Mauskopf*

Dated: Brooklyn, New York
       August 15, 2014

_____
ROSLYNN R. MAUSKOPF
United States District Judge